UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31260 |
|---|---|
| CHARLES W. JACKSON | (Chapter 13) |
| DEANNA L. JACKSON | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040756**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 12 | CAPITAL ONE BANK USA NA<br>% TSYS DEBT MANAGEMENT TDM<br>BOX 5155<br>NORCROSS, GA  30091 | 36.91 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/1/2010

Certificate of Service    08-31260

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CHARLES W. JACKSON
1648 TURN BERRY VILLAGE DRIVE
CENTERVILLE, OH  45458

DEANNA L. JACKSON
1648 TURN BERRY VILLAGE DRIVE
CENTERVILLE OH, OH  45458

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(12.1)
CAPITAL ONE BANK USA NA
% TSYS DEBT MANAGEMENT TDM
BOX 5155
NORCROSS, GA  30091

(32.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(25.1n)
HOUSEHOLD BANK SB NA
% BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON, AZ  85712

(28.1n)
LAURA FAULKNER
525 VINE ST STE 800
CINCINNATI, OH  45202

(26.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv